CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Armando Alfonso PACHECO Guerrero**<br>DOB: 2006; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**24-01676MJ** |

Complaint for violation of Title 18, United States Code, §§ 554(a) and 2

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 13, 2024, in the District of Arizona, at the DeConcini Port of Entry in Nogales, Armando Alfonso PACHECO Guerrero did knowingly, fraudulently and intentionally attempt to export and send from the United States, any merchandise, article or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, or in any manner facilitated the transportation, concealment, or sale of such merchandise, article or object, that is one Baretta 9 mm pistol and four 9 mm magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit:   Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, § 554(a) and 2.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On 03/13/2024, at approximately 1257 hours, the defendant, Armando Alfonso PACHECO Guerrero, a United States citizen, presented himself to US Customs and Border Protection (CBP) for inspection at the outbound pedestrian lanes of the DeConcini Port of Entry (POE), in Nogales, Arizona. CBP officers noted that PACHECO was wearing a large puffy coat despite the approximately 70-degree temperature. As PACHECO walked closer to them, he put his head down when CBP officers looked at him. CBP officers approached him to pat him down for weapons.   Officers found two unloaded 9mm pistol magazines in the jacket pocket. PACHECO denied having any weapons. CBP officers then found an unloaded Baretta 9mm pistol with an empty magazine in the front of PACHECO's waistband. An additional unloaded 9mm pistol magazine was found in another jacket pocket. As officers walked him into the office, PACHECO stated that he had to do it or "they were going to kill my family."

After waiving his *Miranda* rights, PACHECO admitted that his friends were going to pay him to cross the firearm and four magazines.   He had not been threatened. PACHECO admitted to crossing firearms four prior times. He was paid $150 on two occasions. PACHECO friends would call him using Instagram. PACHECO would meet the friends in Nogales, Sonora, Mexico.   His friends would instruct him on where to go and what he would be smuggling into Mexico. PACHECO was then be driven to the POE, where he would cross as a pedestrian into Arizona. PACHECO would go to different locations to meet unknown people who would give PACHECO the firearms to conceal and cross. After entering Sonora, Mexico, PACHECO would contact his friends who would take the firearms, pay him and drive him home. PACHECO confirmed that he does not have an export license and had seen the signs leading up to the POE stating that taking firearms into Mexico was illegal.

The Baretta 9mm pistol and four 9mm magazines qualify as United States Commerce Control List items; and therefore, are prohibited by law for export from the United States into Mexico without a valid license.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Serra Tsethlikai*    *[signature]* <br>   Digitally signed by SERRA TSETHLIKAI Date: 2024.03.14 10:53:37 -07'00' | SIGNATURE OF COMPLAINANT<br>HEATHER L MCCORKEL    Digitally signed by HEATHER L MCCORKEL<br>Date: 2024.03.14 10:49:51 -07'00'<br><br>OFFICIAL TITLE<br>HSI SA Heather McCorkel |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1)]    *[signature]* | DATE<br>March 14, 2024 |

[1)]   See Federal Rules of Criminal Procedure Rules 3, 4