JON M. SANDS
Federal Public Defender
MATEI TARAIL
Assistant Federal Public Defender
State Bar No. 024566
*Matei_tarail@fd.org*
407 W. Congress, Suite 501
Tucson, AZ  85701-1355
Telephone: (520)879-7500, Fax: (520)879-7600
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | CR24-01830-TUC-RCC (BGM) |
| vs. | **DISPOSITION MEMORANDUM** |
| Armando Pacheco-Guerrero, | |
| Defendant. | |

Armando Pacheco-Guerrero respectfully asks the Court to impose a sentence of time-served at his disposition hearing and to order that he participate in in-patient drug treatment upon release.

Mr. Pacheco-Guerrero is only 19 years old. Both his underlying offense and this violation are related to his immaturity.

Mr. Pacheco-Guerrero was in custody throughout the pendency of his case and leading up to his sentencing in 2024.  He acknowledged a serious history of substance abuse leading up to the date of his arrest for the underlying offense to the pre-sentence report writer. ECF No. 29, ¶ 47. However, he was not initially placed in substance abuse treatment when he began his supervised release. He relapsed and that is the reason he is before the Court today. He

1

began to use drugs and that decision led to a cycle of bad decisions that brings him before this Court.

Mr. Pacheco-Guerrero does not wish to make excuses for his mistakes on supervised release. We ask the Court to impose a time-served sentence and to order that he participate in in-patient treatment. Such an order would best address the underlying causes of the violation and promote 18 U.S.C. § 3553(a)(2)(D)'s provision that he be provided educational/medical care in the most effective manner. It is also the most effective way to promote his rehabilitation.

Mr. Pacheco-Guerrero is before the Court today because he made the affirmative decision to turn himself in and face the mistakes he made. He ceased having contact with his probation officer in mid-July and went to Mexico. He spent several months with his mother and, with her help, decided to face his mistakes. He called his probation officer and told her that he was going to turn himself in. He then went to the port of entry and let officers know that he had a warrant and wished to turn himself in. It is to his credit that he proactively addressed his mistakes on supervised release.

Finally, Mr. Pacheco-Guerrero asks the Court to consider modifying his terms of supervised release, upon release from in-patient treatment, to allow him to reside in Nogales, Sonora, and report to the probation department in Tucson, Arizona. Were Mr. Pacheco-Guerrero allowed to live in Nogales, Sonora, his mother would welcome him into her home. His mother, a visa holder, was present at his admit/deny hearing and will be present at the disposition hearing. She is a positive influence on him. Although Mr. Pacheco-Guerrero is a

2

U.S. citizen he does not have the support network in Arizona that he has in Sonora. Allowing him to live in Sonora would promote his rehabilitation.

RESPECTFULLY SUBMITTED:    December 23, 2025.

JON M. SANDS
Federal Public Defender

s/ *Matei Tarail*
MATEI TARAIL
Attorney for Defendant

*Certificate of Service*

*I hereby certify that on December 23, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrant:*

Nathaniel Walters,
Assistant U.S. Attorney

Maria L. Garcia
U.S. Probation Officer